**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Quang- Tuan Luong, an individual, | ) | |
| | ) | |
| plaintiff, | ) | |
| | ) | |
| v. | ) | 12-cv-08269 |
| | ) | |
| Hoevel & Associates, P.C., et al | ) | Judge Rebecca R. Pallmeyer |
| | ) | Magistrate Judge |
| | ) | |
| defendants. | ) | |

## ANSWER TO COMPLAINT FOR DAMAGES

Now comes the defendant, Hoevel & Associates P.C., John Hoevel, and Talbot Hoevel, by and through their attorneys, BUSSE, BUSSE & GRASSÉ, P.C., and for its answer to Plaintiff's complaint for damages, states as follows:

### Jurisdiction and Venue

1. Defendant admits the allegations contained in paragraph 1.

2. Defendant admits the allegations contained in paragraph 2.

3. Defendant admits the allegations contained in paragraph 3.

### The Parties

4. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4.

5. Defendant admits the allegations contained in paragraph 5.

6. Defendant admits the allegations contained in paragraph 6.

### Operative Facts

7. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7.

8. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8.

9. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 regarding plaintiffs compliance with the identified laws and cannot verify the authenticity of the included document.

10. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10.

11. lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11.

12. Defendant admits that the photograph in question appeared on its website, but denies the remaining allegations contained in paragraph 12.

13. Defendant admits that the photograph in question, as displayed on their website, did not contain a border notice, but lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 13.

14. Defendant denies the allegations contained in paragraph 14.

15. Defendant admits that the photograph in question has been removed from its website, but denies the remainder of the allegations contained in paragraph 15.

## First Cause of Action

16. Defendant incorporates his answers to paragraphs 1-15 as indicated above.

17. Defendant denies the allegations contained in paragraph 17.

18. Defendant denies the allegations contained in paragraph 18.

19. Defendant admits that the suit was filed within the three year statute of limitations based upon the alleged infringing action contained in plaintiff's complaint, but denies that any such infringing action took place.

20. Defendant denies the allegations contained in paragraph 20.

21. Defendant denies the allegations contained in paragraph 21.

22. Defendant denies the allegations contained in paragraph 22.

23. Defendant denies the allegations contained in paragraph 23.

### Second Cause of Action

24. Defendant incorporates by reference the answers to paragraphs 1-15 set out above.

25. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 as it is vague as to the border notice referenced, but admits that 17 USC §1202(c) defines copyright management information.

26. Defendant denies the allegations contained in paragraph 26.

27. Defendant denies the allegations contained in paragraph 27.

28. Defendant denies the allegations contained in paragraph 28.

29. Defendant denies the allegations contained in paragraph 29.

### Third Cause of Action

30. Defendant incorporates by reference the answers to paragraphs 1-15 set out above.

31. Defendant admits the allegations contained in paragraph 31.

32. Defendant denies the allegations contained in paragraph 32.

33. Defendant denies the allegations contained in paragraph 33.

34. Defendant denies the allegations contained in paragraph 34.

35. Defendant denies the allegations contained in paragraph 35.

### Fourth Cause of Action

36. Defendant incorporates by reference the answers to paragraphs 1-15 set out above.

37. Defendant denies the allegations contained in paragraph 37.

38. Defendant denies the allegations contained in paragraph 38.

39. Defendant denies the allegations contained in paragraph 39.

40. Defendant denies the allegations contained in paragraph 40.

### Fifth Cause of Action

41. Defendant incorporates by reference the answers to paragraphs 1-15 set out above.

42. Defendant denies the allegations contained in paragraph 42.

43. Defendant denies the allegations contained in paragraph 43.

44. Defendant denies the allegations contained in paragraph 44.

45. Defendant denies the allegations contained in paragraph 45.

### Sixth Cause of Action

46. Defendant incorporates by reference the answers to paragraphs 1-15 set out above.

47. Defendant denies the allegations contained in paragraph 47.

48. Defendant denies the allegations contained in paragraph 48.

49. Defendant denies the allegations contained in paragraph 49.

50. Defendant denies the allegations contained in paragraph 50.

**Seventh Cause of Action**

51. Defendant incorporates by reference the answers to paragraphs 1-15 set out above.

52. Defendant denies the allegations contained in paragraph 52.

53. Defendant denies the allegations contained in paragraph 53.

54. Defendant denies the allegations contained in paragraph 54.

55. Defendant denies the allegations contained in paragraph 55.

WHEREFORE the defendants, Hoevel & Associates P.C., John Hoevel, and Talbot Hoevel, by and through its attorneys, Busse, Busse & Grassé, P.C., denies that the plaintiff is entitled to a judgment in any amount whatsoever and requests that judgment be entered in its favor and against the plaintiff with an award of costs going to this defendant, plus whatever further or alternative relief this court deems just and appropriate.

Respectfully submitted,

BUSSE, BUSSE & GRASSÉ, P.C.

/s/Bryan W. White_____
Attorney for the Defendants

BUSSE, BUSSE & GRASSÉ, P.C.
20 N. Wacker Drive
Suite 1860
Chicago, IL 60606
312/750-1212
312/750-1211 Fax
ARDC No.: 6307312