**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **Quang-Tuan Luong** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No. 12-cv-08269 |
| ) | Judge Rebecca R. Pallmeyer |
| **Hoevel and Associates, P.C.,** ) | |
| **John Hoevel, and** ) | |
| **Talbot Hoevel** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

The parties having reached a settlement in the above-captioned action, Plaintiff Quang-Tuan Luong, through counsel, voluntarily dismisses this action pursuant to F.R.Civ.P. 41(a)(1)(A)(i).

Respectfully submitted, this 2nd day of July, 2013.

/s/ Natalie A. Remien

_____

Natalie A. Remien
REMIEN LAW, INC.
55 W. Monroe St., Suite 1700
Chicago, Illinois 60603
Telephone: 312.332.0606
Facsimile: 877.622.0950
Email: natalie@remienlaw.com

/s/Leslie Burns
_____

Leslie Burns
Law Offices of Carolyn E. Wright
P.O. Box 440
Glenbrook, Nevada 89413-0440
Telephone: 213.632.9871
Facsimile: 775.580.7322
Email: Leslie@photoattorney.com

Attorneys for Plaintiff